**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Guadalupe 31 Condominium Association,**

**Plaintiff,**

**-against-**

**Mt. Hawley Insurance Company,**

**Defendant.**

**1:25-cv-04951 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on July 7, 2026. (*See* 3/17/26 Order, ECF No. 35.) It is hereby ORDERED that, no later than Wednesday, July 15, 2026, the parties shall file a joint letter indicating whether they would like to participate in a settlement conference before the undersigned. If so, the parties shall provide proposed dates and indicate their preference for an in-person conference or a remote conference using Microsoft Teams.[1]

**SO ORDERED.**

Dated: New York, New York
July 8, 2026

STEWART D. AARON
United States Magistrate Judge

[1] The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.